[No. 68574-1-I. Division One. October 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH FRANKLIN MILLER, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated February 9, 2015. A substitute opinion was filed on the same date. A notation of that opinion will be published in a future Wn. App. advance sheet.

[No. 68763-8-I. Division One. October 28, 2013.]

HOLSEY SATTERWHITE, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-05111-1, Harry J. McCarthy, J., entered April 20, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

[No. 68877-4-I. Division One. October 28, 2013.]

KANNAN KRISHNAN, *Appellant*, v. MATTHEW O'DONNELL, *as Dean of the University of Washington College of Engineering, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-17845-5, Sharon S. Armstrong, J., entered May 9, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Dwyer, JJ.

[No. 68935-5-I. Division One. October 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNE D. WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00610-1, John M. Meyer and Susan K. Cook, JJ., entered June 4 and 14, 2012. *Dismissed* by unpublished per curiam opinion.